GEORGE CRAWFORD, Respondent, *v.* THE TRUSTS AND GUAR-ANTEE COMPANY, LIMITED, as Administrator of the Estate of GEORGE W. TODD, Deceased, Appellant.

*Crawford* v. *Trusts & Guarantee Co.*, 98 App. Div. 633, affirmed.
(Argued October 18, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 20, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*C. D. Kiehel* for appellant.

*D. F. Searle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ.   Absent: O'BRIEN, J.